# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 07, 2015

Mr. Joseph Edward Roberts, Jr.
Pittman, Germany, Roberts & Welsh, L.L.P.
410 S. President Street
Jackson, MS 39201

    No. 15-60536    Marcus Scirocco, et al v. Ford Motor Company
                       USDC No. 5:13-CV-128

Dear Mr. Roberts,

On October 7, 2015, we received the appellants' brief electronically filed in this case.

In light of the fact that the appellants' brief was due to be filed by October 6, 2015, the brief is out of time, and we are taking no action on the out of time appellants' brief.

Counsel must as soon as possible electronically file a motion for leave to file the brief out of time. Counsel must attach 2 images to the motion event; 1 image will be the motion, and 1 image will be the proposed appellants' brief.

Failure to timely file a motion for leave to file the appellants' brief out of time may result in the Court taking adverse action in this case.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Dantrell L. Johnson, Deputy Clerk
                                      504-310-7689

cc:  Ms. Ann Russell Chandler
     Mr. Dean Sterling Kidd

**P.S. to Mr. Roberts:** Please be advised that the Court is accepting and processing the appellants' record excerpts that were also electronically filed October 6, 2015. Although the appellants' brief and record excerpts are generally required to be filed at the same time, technically, the deadline of October 6, 2015, was only for the filing of the appellants' brief. With that said, the Court does not treat the record excerpts as being out of time. Further, **counsel does not need to file a motion requesting leave to file the record excerpts out of time.**