# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

| | |
|---|---|
| **MARCUS SCIROCCO, ET AL.** | **APPELLANTS** |
| **VS.** | **NO. 15-60536** |
| **FORD MOTOR COMPANY** | **APPELLEE** |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE APPELLANTS' BRIEF OUT OF TIME

**NOW INTO COURT**, through undersigned counsel, comes Plaintiffs Marcus and Summer Scirocco (collectively "Appellants") who respectfully move this Honorable Court for leave to file their Appellants' brief out of time. As good cause, Appellants would show:

1. Appellants' brief was due on October 6, 2015.

2. Appellants' brief was filed at 1:02:06 a.m. on October 7, 2015.

3. As Appellants' counsel was attempting to file electronically **before** the deadline, they encountered unexpected computer and browser errors, specifically with the Java software used by this Court's ECF system. Counsel worked diligently to resolve this error but could not do so before the filing deadline expired at midnight. Counsel resolved these errors, and Appellants' brief was filed immediately upon resolution at 1:02 a.m. Appellants performed no substantive work on the brief after the deadline.

1

4. Counsel for Ford (Appellee) has been consulted on this motion **and has advised that they do not oppose** Appellants' motion for leave to file their brief out of time. This motion is therefore filed as unopposed.

5. This motion is filed, not for delay, but in the interest of justice so that this Court may have all arguments of counsel. No prejudice will occur from allowing the filing of Appellants' brief approximately 62 minutes out of time.

WHEREFORE, PREMISES CONSIDERED, Appellants Marcus and Summer Scirocco respectfully request that this Court grant its requested relief and allow the filing of the attached Brief of Appellants.

Respectfully submitted,

**MARCUS AND SUMMER SCIROCCO**

BY: */s/ Ann r. Chandler*
ANN R. CHANDLER

OF COUNSEL:

JOSEPH E. ROBERTS, JR. (MSB# 5587)
PITTMAN, GERMANY, ROBERTS & WELSH, L.L.P.
ANN R. CHANDLER (MSB# 101519) (LA# 30953)
POST OFFICE BOX 22985
JACKSON, MS 39225-2985
(601) 948-6200 - phone
(601) 948-6187 - fax
jer@pgrwlaw.com
achandler@pgrwlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the Court's electronic filing systems. I also certify that I have emailed a copy of this filing to all non-CM/ECF participants on this 7th day of October, 2015.

*/s/ Ann R. Chandler*